# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

## Amended Complaint Cover Sheet

2:21-CV-95-Z-BR

ROBERT L. BOYD,

PLAINTIFF

V.

CANADIAN INDEPENDENT SCHOOL DISTRICT,

DEFENDANT

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

ROBERT L. BOYD,
Plaintiff

v.

2:21-CV-95-Z-BR
Civil Action No.

Canadian Independent School District
Defendant

## Amended COMPLAINT

I was Reprimanded by the CISD Superintendent on August 29th, 2019 for a Post a made on social media regarding a interview that was by another employee of the School District. I made this post while on the Clock at the School. I was wrote up and told that the timing of the post and nature was the reason. I was reminded of the Great 1st Amendment of the United States, and that I did not break any Government, State, or Local Laws. On October 9th, 2019, I was pulled into the Superintendents office again, where I was oppressed by Lynn Pulliam telling me not to even comment on the subject anymore at all, and no action was taken upon me. I was told by him if that conversation got out that we had, he would not have another with me, basically I took it as I would be fired. On November 11th, 2019 I was terminated from the School District regarding a post on social median that I made on my own time. District policy states that you are not to be using social networking during school hours. Many Individuals that work for the District are Still using Social Media during School Hours. I was written up on my First Violation. I never used social media during School Hours again, it was all on my own time. Many of these Individuals have yet to be even written up due to their social media posts. That is direct evidence of Discrimanatory Actions taken upon The School District against me Robert Boyd. Regardless of the situation, District Policy is to be enforced for all Individuals Working for the School District. If your going to discipline for infractions of the School District Policy, everybody needs to be held accountable for their actions on social media, and not pick and choose who you are, or not willing to discipline. And for me expressing myself on my own time about the subject is a violation of my 1st

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 10/06/2021 |
| Signature | Boyd L. Robert |
| Print Name | Boyd L. Robert |
| Address | 411 Kingman Ave |
| City, State, Zip | Canadian, Tx 79014 |
| Telephone | 1-806-217-1654 |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

ROBERT L. BOYD,
Plaintiff

v.

2:21-CV-95-Z-BR
Civil Action No.

Canadian Independent School District
Defendant

## Amended COMPLAINT

Amendment rights. I was taken in by Nathan Lewis' Parents when i was 17 years old. I am still treated as family to them, as I treat them as family also. I get my products for the price they pay. If The School is going to let other employees that have their social networking accessible to the public, and let them post slanderous and pointing fingers at my brother, I believe it is my right to stand up for my family. District Policy also states that if you do have a page accessible to the public, that you are directly responsible for the posts, and to keep all posts professional. There are thousands of comments people have put on that page, that directly point the finger to my brother Nathan Lewis and call him almost every word in the book. If this individual has not been reprimaned for all those posts, then why do we have a District Policy that seems to only affect 1 person. Again, discrimination by disparent treatment. This Individual also did a radio interview during School Hours, which was brought to the Superintendents Attention by a Tax Payer, and nothing was done. I was reprimanded with a write up, others got a little talk. That is disparent treatment as well. Different treatment for the same thing? This individual also called via Facebook Messenger to a person, while she had children in her room, because she didn't like a post on facebook. She wanted this individual to shut the other individual up on facebook. How does that not call for discipline, especially when there are childen in the classroom. Yet my post was at 10:30 P.M. roughly. I was fired for it and was told, it disrupted my ability to perform my job. How does that not disrupt her ability to perform her job when she is making calls from facebook messenger with children in her room or doing a radio interview? My 1st Amendment rights were seiged upon, and

\* Attach additional pages as needed.

| | |
|---|---|
| Date | 10/06/2021 |
| Signature | Boyd L. Robert |
| Print Name | Boyd L. Robert |
| Address | 411 Kingman Ave |
| City, State, Zip | Canadian, Tx 79014 |
| Telephone | 1-806-217-1654 |

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

ROBERT L. BOYD,
Plaintiff

v.   2:21-CV-95-Z-BR
Civil Action No.

Canadian Independent School District
Defendant

## Amended COMPLAINT

Ultimately taken away when i was fired for posting the comment "I heard Chris Beat Tom the night before his disappearance." It ultimately threw my family, especially my wife, into an all out battle with me. We nearly got divorced due to the wrong doing by the District. She opened a seperate checking account. We did not spend our Anniversary together because she was in panic mode wondering how we were going to make it. My kids saw Mom distressed, and they turned their back towards me for awhile until i finally was able to find something to do. I filed with the EEOC the first week I was terminated and could not get an appointment in person or by phone. Everything was booked up thru January of 2020. I continuously got on the EEOC Portal and looked for bookings and could not ever find an open spot. I was finally contacted by an employeee of the EEOC and that was when they filed. It was within the 300 Day margin. The date that the last adverse action was taken against me was on January 16th, 2020 when I had my Level Three District Board Appeal. I will Attach the Letter with this amended complaint. Basically, District Policy was enforced on me, and disregarded everyone elses use of social media during school hours. Again, if your going to implement a District Policy, you implement the policy on the whole District, not pick and choose who you would like to take action regarding the District Policy. And in regards to my 1st Amendment Rights, the Constitution of The State of Texas allows any individual to comment on any subject, which is amended under the UNITED STATES CONSTITUTION BILL OF RIGHTS. When I was reprimanded for violating District Policy on August 29th, 2019, I asked the Superindendent about regards to her posting and her doing radio interviews.

\* Attach additional pages as needed.

Date: 10/06/2021
Signature: Boyd L. Robert
Print Name: Boyd L. Robert
Address: 411 Kingman Ave
City, State, Zip: Canadian, Tx 79014
Telephone: 1-806-217-1654

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

ROBERT L. BOYD,
Plaintiff

v.

Canadian Independent School District
Defendant

Civil Action No. 2:21-CV-95-Z-BR

## COMPLAINT

His response to me, was that her son is dead. Again, knowing the whole situation, and ultimatley knowing that she was relaying false information about my brother Nathan Lewis via social networking, I dont find that as keeping your posts and pages Professional. He said he would talk to her, and that we at the School needed to keep a working relationship with the Sheriff's office and other Employees. On October 31st, 2018, She dressed up as the person she believed had involvement in her sons Dissapearance. The princicple sent her home to change clothing. Very Unprofessional and no write up?? On November 11th, 2019, when I was terminated for insubordination for Nature of Post, I again asked, why is she allowed to post disgusting things about The Sheriff's office and others. Again, the Answer I recieved from Superintendent Lynn Pulliam was she has a dead child. This has been almost 4 years since he had went misssing, and almost a year since his remains were found. The Superintendent was again contacted by The Owner of The Canadian Record and handed him a notebook of posts and comments that were on her page and her associated facebook page. I do not believe anything was done until after my Level Three School Board Appeal. I asked the School Board to Investigate the Situation, and I could not properly do my job if I was accepted back due to an ongoing commitment I made. I could not sit and wait for 2 months and put my family further behind, or probably lost my family had I not found work. I ask that I am compensated for the damages done to myself and family, in the amount of $10,000,000. My Rights were taken away negligently by the Canadian Independent School District, and clear and obvious Discrimination was center stage.

\* Attach additional pages as needed.

Date: 10/06/2021
Signature: Boyd L. Robert
Print Name: Boyd L. Robert
Address: 411 Kingman Ave
City, State, Zip: Canadian, Tx 79014
Telephone: 1-806-217-1654

**Canadian Independent School District**

*800 Hillside • Canadian, TX 79014 • (806) 323-5393 • Fax • (806) 323-8143*

January 20, 2020

Robert Boyd  
1710 Willard  
Canadian, TX  79014

*Via Certified Mail RRR#* __7019 0700 0001__ 6972 2522  
*and U.S. Mail*

Re:   Notice of Decision at Level Three

Dear Mr. Boyd,

    Thank you for bringing your concerns to the attention of the Board of Trustees of the Canadian Independent School District (the "District"). I am tendering this letter as the Board's written notice of its decision regarding the Level Three Appeal of your Complaint.

    The Board met on Thursday, January 16, 2020, at a lawfully called meeting to conduct a Level Three hearing concerning your Complaint. You were allowed to present arguments in support of the relief you requested. After hearing the arguments of both sides and a thorough examination of the Record presented, the Board voted 7 to 0 in favor of upholding the decision of the Superintendent at Level Two in accordance with Board Policy DGBA (LOCAL), and denying the relief requested in your complaint.[1]

    The result of the Board's vote was announced at the meeting in your presence, and will be evidenced in the meeting's Minutes. These Minutes have not yet been prepared, but should be confirmed at the next regularly scheduled Board meeting. A copy of this letter, as evidence of the disposition of your Complaint, will be kept with the official Record of the Complaint proceedings.

Sincerely,

*Larry Smith*  
Larry Smith, Board President

---

[1] In your complaint, you asked to be reinstated to your prior position and receive backpay. You withdrew this remedy at the conclusion of your presentation.

*• Home of the Wildcats •*