IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ROBERT L. BOYD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:21-CV-95-Z-BR |
| CANADIAN INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

## ORDER

On October 25, 2021, the United States Magistrate Judge entered a Findings, Conclusions, and Recommendation ("FCR") to Deny as Moot Defendant's Motion to Dismiss (ECF No. 31). The Magistrate Judge recommends that the undersigned United States District Judge deny as moot Defendant's Motion to Dismiss (ECF No. 13). *See* ECF No. 31 at 3. No objections to the FCR have been filed.

After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED**. The Court hereby **ORDERS** that Defendant's Motion to Dismiss is **DENIED** as moot.

**SO ORDERED.**

November 24, 2021.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE