IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ROBERT L. BOYD, | § | |
| Plaintiff, | § § § | |
| v. | § § | 2:21-CV-95-Z-BR |
| CANADIAN INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

**ORDER**

On February 17, 2022, the United States Magistrate Judge entered a Findings, Conclusions, and Recommendation ("FCR") to Grant Defendant's Motion to Dismiss Amended Complaint and Deny as Moot Motion for Joinder of Parties by Plaintiff (ECF No. 43). Plaintiff filed objections to the FCR on March 4, 2022 (ECF No. 44), to which Defendant filed a response on March 15, 2022 (ECF No. 45). After making an independent review of the pleadings, files, and records in this case, Plaintiff's objections, and Defendant's response, the Court **ADOPTS** the Magistrate Judge's FCR. Defendant's Motion to Dismiss Amended Complaint (ECF No 28) is **GRANTED** and Plaintiff's Motion for Joinder of Parties (ECF No. 37) is **DENIED** as moot.

The Court hereby **DISMISSES** this action **WITH PREJUDICE**.

**SO ORDERED.**

March 21, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE