IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| ROBERT L. BOYD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 2:21-CV-95-Z-BR |
| CANADIAN INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § § | |

## JUDGMENT

Of equal date herewith, the undersigned United States District Judge issued an order **ADOPTING** the Magistrate Judge's Findings, Conclusions, and Recommendation (ECF No. 43) and **DISMISSING** this case **WITH PREJUDICE**.

Judgment is rendered accordingly.

**SO ORDERED**.

March 21, 2022

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE